UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 12-cv-23294-SEITZ/SIMONTON

CARLOS NOEL,

    Plaintiff,

v.

MILOS BY COSTAS SPILIADIS, INC.,

    Defendant.
_____/

## PLAINTIFF'S STATEMENT OF CLAIM

Pursuant to the Honorable Court's order to Plaintiff to file Notice of Court Practice in FLSA Cases, Plaintiff files this Plaintiff's Statement of Claim. The following is an estimate. The Plaintiff reserves the right to amend the statement of claim as discovery continues. As grounds, the Plaintiff states his good-faith estimate of unpaid wages is as follows:

    a. <u>Total amount of alleged unpaid minimum wages</u>:

$723.30 (Liquidated)

    b. <u>Calculation of such wages</u>:

$10.97 (OT rate per hour) x 5 hours of overtime per week = $54.85 per week x 1 week = $54.85 in unpaid overtime wages plus an additional $54.85 in liquidated damages.

$7.67 (Florida Minimum Wage rate) x 40 hours per week = $306.80 per week x 1 week = $306.80 in unpaid overtime wages plus an additional $306.80 in liquidated damages.

    c. <u>Nature of wages (e.g. overtime or straight time)</u>:

This amount represents unpaid minimum and overtime wages and liquidated damages.

WHEREFORE, based on the foregoing, the Plaintiff files Statement of Claim.

Dated this 6th day of November, 2012.

Respectfully submitted,

**REMER & GEORGES-PIERRE, PLLC**
Courthouse Tower
44 West Flagler Street, Suite 2200
Miami, FL 33130
Phone: (305) 416-5000
Fax:     (305) 416-5005

By: _____
Anthony M. Georges-Pierre, Esq.
Florida Bar No.: 0533637

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: _____
Anthony M. Georges-Pierre, Esq.

## SERVICE LIST

**Anthony M. Georges-Pierre, Esq.**
REMER & GEORGES-PIERRE, PLLC
Courthouse Tower
44 West Flagler Street
Suite 2200
Miami, Florida 33130
E-Mail: agp@rgpattorneys.com
Telephone: (305) 416-5000
Facsimile : (305) 416-5005

**Jennifer A. Schwartz, Esq.**
Jackson Lewis
2 S Biscayne Boulevard
Suite 3500
Miami, FL 33131
305-577-7600
Fax: 305-373-4466
Email: schwartj@jacksonlewis.com